July 7, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

H & H WRECKER, Appellant

NO. 14-15-00311-CV                    V.

CRYSTAL KOCTAR AND BRAZORIA AUTO & RECOVERY, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Crystal Koctar and Brazoria Auto & Recovery, signed December 23, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant H & H Wrecker to pay all costs incurred in this appeal.

We further order this decision certified below for observance.